**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**August 19, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-50136
Conference Calendar

_____

SAMMY ESPINOZA RODRIGUEZ,

Plaintiff-Appellant,

versus

LEPHER JENKINS; BILL CHEATHAM; SAMMY BUENTELLO;
GARY JOHNSON; WAYNE SCOTT,

Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. SA-02-CV-559-EP
--------------------

Before JONES, WIENER, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Sammy Espinoza Rodriguez, Texas prisoner # 459516, has
filed a motion in this court to proceed in forma pauperis (IFP)
following the district court's denial of his IFP motion and
certification that the appeal would not be taken in good faith.
Rodriguez presents conclusional arguments that the defendants
violated his constitutional rights and that his claims were not
time-barred.  He has not shown that his appeal would have
arguable merit.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Further, a review of the record reveals that an appeal would be frivolous.  His appeal is therefore DISMISSED AS FRIVOLOUS. See <u>Baugh v. Taylor</u>, 117 F.3d 197, 202 n.24 (5th Cir. 1997). The district court's dismissal of Rodriguez's 42 U.S.C. § 1983 action and the dismissal of this appeal both count as strikes under 28 U.S.C. § 1915(g).  <u>See</u> <u>Adepegba v. Hammons</u>, 103 F.3d 383, 385-87 (5th Cir. 1996).  Rodriguez is warned that if he accumulates a third strike, he may not proceed IFP in any civil action or appeal filed while he is incarcerated or detained in any facility unless he is under imminent danger of serious physical injury.  <u>See</u> 28 U.S.C. § 1915(g).

IFP MOTION DENIED; APPEAL DISMISSED; SANCTIONS WARNING ISSUED.